UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
MEYER                                                    Docket Number: 11 CV 5898 (GBD)

        -against-                                    NOTICE OF ASSIGNMENTS

MACMILLAN
-------------------------------------------------------
GREENE
                                        Docket Number: 11 CV 6019 (GBD)

        -against-

MACMILLAN
-------------------------------------------------------

        The above-entitled actions are:

[   ] Declined by Hon.
       As [   ]Related/ [   ] Similar to case #:

[   ] Assigned to the Hon.
      [   ] Designated / [   ] Redesignated Hon.                    ,Magistrate Judge

[ X  ] Accepted by Hon. GEORGE B. DANIELS (GBD)          as [ X ] Related/ [   ] Similar
to case #: 11 CV 5576
      [ X  ] Designated   [   ] Redesignated Hon. MICHAEL H. DOLINGER (MHD),
      Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket
number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice
of Assignment on all defendants.

                                            Ruby J. Krajick
                                          Clerk of Court

Dated:  10/25/2011                                        By:        PHYLLIS ADAMIK
                                                                          Deputy Clerk